UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTONIO JIMENEZ, | No. 2:17-cv-00536-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | SECOND AMENDMENT TO THE SCHEDULING ORDER |
| MEDLINE INDUSTRIES, INC.; MARCUS RODRIGUEZ; and DOES 1-25, inclusive, | |
| Defendants. | |

The parties jointly request (ECF No. 11) to amend dates in the pretrial scheduling order (ECF No. 8). Good cause appearing, the court GRANTS this request, as follows:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Expert Disclosures | March 12, 2018 | July 31, 2018 |
| Supplemental Expert Disclosures | April 2, 2018 | August 21, 2018 |
| Completion of Expert Discovery | May 1, 2018 | September 25, 2018 |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 8), or the first amendment to the scheduling order (ECF No. 10).

IT IS SO ORDERED.

DATED: March 19, 2018.

UNITED STATES DISTRICT JUDGE

1