LITTLER MENDELSON, P.C.
STEVEN A. GROODE, Bar No. 210500
sgroode@littler.com
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:    310.553.5583

LITTLER MENDELSON, P.C.
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200

Attorneys for Defendant
MEDLINE INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JIMENEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br>MARCUS RODRIGUEZ, and DOES 1-25, inclusive,<br><br>　　　　　　Defendant. | Case No.  2:17-cv-00536-KJM-DB<br><br>**DEFENDANT MEDLINE INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　July 13, 2018<br>Time:　　10:00 a.m.<br>Ctrm.:　　3, 15th Floor<br>Judge:　　Hon. Kimberly J. Mueller |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:155212099.1 049790.1040　　　　　　　　　　　　　　　　　　　　　　Case No.  2:17-cv-00536-KJM-DB

DEFENDANT MEDLINE INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

TO PLAINTIFF ANTONIO JIMENEZ AND HIS ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on July 13, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 3, 15th Floor, of the above-entitled Court, located at 501 I Street, Sacramento, California, Defendant MEDLINE INDUSTRIES, INC. ("Defendant") will and hereby moves this Court for summary judgment or, in the alternative, partial summary judgment, in favor of Defendant and against Plaintiff ANTONIO JIMENEZ ("Plaintiff").

Defendant's Motion for Summary Judgment or, Alternatively, Partial Summary Judgment ("Motion"), is made pursuant to Rule 56 of the Federal Rules of Civil Procedure and is based on the grounds that Plaintiff cannot establish the essential elements of his claims and/or rebut Defendant's evidence that Plaintiff cannot maintain his claims and that Defendant is entitled to judgment as a matter of law. There are no triable issues of material fact.  Specifically, the following issues are without substantial controversy:

a. That there is no merit to Plaintiff's First Cause of Action for Negligent Hiring, Training, Supervision and Retention because Plaintiff's claim is preempted by the California Workers' Compensation Act, Labor Code section 3600, *et seq*. ; and

b. That there is no merit to Plaintiff's Second Cause of Action for Negligence because Plaintiff's claim is preempted by the California Workers' Compensation Act, Labor Code section 3600, *et seq*.

This Motion is made following the conference of counsel, which commenced in May 2018 and continued via correspondence on June 13 and 14, 2018.

The Motion is made and based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of this Motion; (3) the Declaration of John H. Adams, Jr., in Support of this Motion; (4) the Declaration of Scott Saling in Support of this Motion; (5) Defendant's Separate Statement of Undisputed Material Facts in Support of this Motion; (6) Defendant's Appendix of Exhibits; and (7) upon any further argument and/or evidence that is presented at the time of the hearing on this matter.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:155212099.1 049790.1040     2.     Case No.  2:17-cv-00536-KJM-DB

DEFENDANT MEDLINE INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

1  Dated: June 15, 2018                    LITTLER MENDELSON, P.C.

3                                          By: */s/ John H. Adams, Jr.*
                                              STEVEN A. GROODE
4                                             JOHN H. ADAMS, JR.
                                              Attorneys for Defendant
5                                             MEDLINE INDUSTRIES, INC.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:155212099.1 049790.1040           3.           Case No.  2:17-cv-00536-KJM-DB

DEFENDANT MEDLINE INDUSTRIES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT