```
LITTLER MENDELSON, P.C.
STEVEN A. GROODE, Bar No. 210500
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:    310.553.0308
Facsimile:    310.553.5583

JOHN H. ADAMS, JR., Bar No. 253341
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:    916.830.7200

Attorneys for Defendant
MEDLINE INDUSTRIES, INC.
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO JIMENEZ,<br><br>  Plaintiff,<br><br>v.<br><br>MEDLINE INDUSTRIES, INC.,<br>MARCUS RODRIGUEZ, and DOES 1-25,<br>inclusive,<br><br>  Defendant. | Case No.  2:17-cv-00536-KJM-DB<br><br>**DECLARATION OF JOHN H. ADAMS, JR., IN SUPPORT OF DEFENDANT MEDLINE INDUSTRIES, INC.'S MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>Date:     July 13, 2018<br>Time:    10:00 a.m.<br>Ctrm.:   3, 15th Floor<br>Judge:   Hon. Kimberly J. Mueller |

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
310.553.0308

Firmwide:155212967.1 049790.1040                                                       Case No. 2:17-CV-00535-KJM-DB

DECLARATION OF JOHN H. ADAMS, JR., IN SUPPORT OF DEFENDANT MEDLINE INDUSTRIES, INC.'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT

## DECLARATION OF JOHN H. ADAMS, JR.

I, John H. Adams, Jr., do hereby declare and state as follows:

1. I am an attorney with Littler Mendelson, P.C., attorneys of record for Defendant MEDLINE INDUSTRIES, INC. ("Defendant"). I am duly licensed to practice law before the courts of the State of California and have been admitted to practice in the United States District Court for the Eastern District of California. I have personal knowledge of the facts set forth below and, if called upon to testify regarding the matters contained in this Declaration, I could and would competently do so.

2. Attached to Defendant's Appendix of Exhibits as Exhibit A is a true and correct copy of Plaintiff's First Amended Complaint.

3. Attached to Defendant's Appendix of Exhibits as Exhibit B is a true and correct copy of excerpts from the Deposition of Plaintiff Antonio Jimenez, taken February 21, 2018.

4. Attached to Defendant's Appendix of Exhibits as Exhibit C is the Declaration of Scott Saling In Support of Defendant Medline Industries, Inc.'s Motion for Summary Judgment or, Alternatively, Partial Summary Judgment.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed at Sacramento, California, on this 15th day of June, 2018.

          */s/ John H. Adams, Jr.*
          JOHN H. ADAMS, JR.

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

Firmwide:155212967.1 049790.1040  2.  Case No. 2:17-CV-00535-KJM-DB

DECLARATION OF JOHN H. ADAMS, JR., IN SUPPORT OF DEFENDANT MEDLINE INDUSTRIES, INC.'S
MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT